■ HANS A. SONNENTHAL, as Executor, v. LOUIS HODES et al.— Motion to dismiss appeal granted, with $10 costs, unless the appeal is submitted on May 13, 1960, when it is reached on the Enumerated Calendar of this court. In all other respects, the motion is denied. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ HANS A. SONNENTHAL, as Executor, v. LOUIS HODES et al.— Motion for an enlargement of time and to dispense with printing granted only to the extent of dispensing with printing in the record on appeal of the following exhibits: the transcript of the New York State Bureau of Motor Vehicles hearing held on September 16, 1959, the certificate of death, the autopsy report, the defendants' respective motor vehicle reports, the New York City Police Department communication dated February 18, 1959, the New York City Police Department Aided and Accident cards, the New York City Detailed Vehicle Accident Report, on condition that the originals thereof or a photostatic copy of each exhibit are filed with this court on or before May 6, 1960, and on the further condition that the appeal is submitted on May 13, 1960, when it is reached on the Enumerated Calendar. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

## (May 5, 1960)

■ In the Matter of MAX H. GLUCK against JOSEPH H. UNGER, as President, et al.— Motion dismissed solely on the grounds that this court lacks jurisdiction to grant leave to appeal from an intermediate order in a proceeding under article 78 and to grant a stay pending appeal unless an appeal is pending (Civ. Prac. Act, §§ 613, 1304). In view of developments, respondents may wish to reapply at Special Term for appropriate relief. The interim stay contained in the order to show cause dated April 14, 1960, is vacated. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ ALBERT MINTZER v. CARL M. LOEB, RHOADES & Co. et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ BOSTON AND MAINE RAILROAD V. ILLINOIS CENTRAL RAILROAD COMPANY. — Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ HERBERT POHS et al. v. TEXTILE REALTY CORPORATION.— Motion for leave to reargue denied but for leave to appeal to the Court of Appeals granted. Settle order. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ IDA J. VERNON et al. v. SARRA, INC., et al. SARRA, INC. v. MANUFACTURERS TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ NORTHRIDGE COOPERATIVE SECTION No. 1, INC. v. 32ND AVENUE CONSTRUCTION CORP. et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and McNally, JJ.

■ DOROTHY W. TEMPLE v. PHILIP LIEBMANN.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Bastow, JJ.